UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES - GENERAL

| Case No. | SA CV 12-1383 AHS<br>SA CR 03-29 AHS | Date | September 21, 2012 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. THUAN HUY HA | | |

Present: The Honorable  **ALICEMARIE H. STOTLER, UNITED STATES DISTRICT JUDGE**

| Carolyn J. Voss | Not present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)  ORDER CORRECTING CLERICAL ERROR AND CLOSING CASE

On August 28, 2012, defendant Thuan Huy Ha ("Ha") submitted an "Application for Leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence 28 U.S.C. 2255 By a Prisoner in Federal Custody."  [ECF No. 1]  On page 6, as applicant, Ha prays that the "United States Court of Appeals for the '9th Circuit' grant an Order Authorizing the District Court to Consider Applicant's Second or Successive Motion to Vacate under 28 U.S.C. § 2255."

The foregoing document, directed to the United States Court of Appeals, was filed in the District Court and a new case number issued.  The document was intended as a service copy and should not have been filed.  The document is ordered stricken as an initiating document and, due to clerical error, the case is ordered closed.

The Clerk shall serve a copy of this minute order on all counsel of record and on petitioner at his last known place of incarceration.